502

Presentment
Against James May.

filed in court 17. oct^ber 1814.

TERRITORY OF MICHIGAN    SEP^T TERM 1814

The Grand Jurors for the United States in the Territory of Michigan on their oath present that James May late of Detroit in the Territory of Michigan Esquire has been guilty of a misdemeanour by greatly oppressing Joseph Thibault one of the Citizens of the Territory aforesaid by Complaining to the British Commandant at Detroit during the time the British had possession of this Territory that the s^d Joseph Thibault refused taking in payment for goods and Merchandise British Bills in Violation of a proclamation issued by Gen^l Proctor, which subjected the aforesaid Joseph to a penalty of two hundred dollars, and when the s^d Joseph was tried before John Martin acting Justice of Peace for Gen^l Proctor, the said James May gave it as his opinion that the s^d Joseph should pay the penalty aforesaid. Grand Jury Room 19th O^cr 1814.

J W MACOMB                    JOHN PALMER
CONRAD TEN EYCK               L. DEQUINDRE
M BRADSHAW                    D' G' JONES
RICH^D SMYTH                  G W SELBY
DENIS CAMPAU                  HIRAM KING
AB^M C. TRUAX                 ANTOINE PELTIER
WILLIAM RUSSELL               JEAN DUREETT [?]
ABRAHAM COOK